UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:06CR00253 RWS (AGF) |
| KENNETH ELLIS, | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on Defendant's Motion for Reconsideration (Doc. No. 13) of this Court's prior Order of pretrial detention. Defendant asserts that he can live with either of his parents, and that his parents would be willing to post a $10,000 bond. As the government notes, however, there are references in taped conversations with Defendant suggesting possible involvement by Defendant's "father" in the offense conduct. Even if Defendant was referencing his "gang father," as Defendant now suggests, Defendant has a substantial criminal history, including conduct that gave rise to the revocation of a prior term of probation, which offenses occurred while Defendant was residing with one or both of his parents.

Although the Court recognizes the significant commitment Defendant's parents are willing to make, for the reasons set forth above and in this Court's prior Order of detention, it is not sufficient to rebut the presumption that arises in this case that there is no condition or combination of conditions that will adequately assure Defendant's appearance and the safety of the community.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Reconsideration of Pretrial Detention (Doc. #13), is hereby **DENIED**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of April, 2006.