# COURTROOM MINUTE SHEET

CAUSE NO. __4:06 CR 253 RWS__   DATE: __1/7/15__

JUDGE: __Sippel__

COURT REPORTER: __Shannon White__

DEPUTY CLERK: __L. Wooley__

USA<br>vs.<br>Kenneth Ellis

ATTY(S) FOR PLTF(S) __Robert Finnegan__

ATTY(S) FOR DEFT(S) __Brian Witherspoon__

**DEFT PRESENT**

PARTIES PRESENT FOR __Supervised Release Revocation hearing. Defendant admits to violations, however, supervision is not Revoked. Conditions of supervision to be Amended to reflect the addition of location monitoring.__

WITNESSES:

ATTY(S) PRESENT: ____

COURTROOM TIME: __11:32 am - 11:42 am__